| | |
|---|---|
| DEFENDANT: | Dawayne Kentris |
| AGE/YOB: | 1978 |
| COMPLAINT FILED? | _____ Yes    __x__ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 922(g)(1), Firearm and Ammunition Possession by a Convicted Felon |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1: NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment |
| AGENT: | TFO Vina Maciel, ATF |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less; ___ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.