IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00314-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAWAYNE KENTRIS,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  timothy_ohara@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2022, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Albert Buchman, Assistant United States Attorney
    E-mail:  al.buchman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Dawayne Kentris (via U.S. mail)

                                                  s/ *Timothy P. O'Hara*
                                                  TIMOTHY P. O'HARA
                                                  Assistant Federal Public Defender
                                                  633 Seventeenth Street, Suite 1000
                                                  Denver, Colorado  80202
                                                  Telephone:  (303) 294-7002
                                                  FAX:  (303) 294-1192
                                                  Email:  timothy_ohara@fd.org
                                                  Attorney for Defendant