AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 NOV -7 AM 11:19
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAWAYNE KENTRIS | ) | Case No. 22-cr-00314-PAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **DAWAYNE KENTRIS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Firearm and Ammunition Possession by a Convicted Felon

Date:   10/06/2022

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

| Return | |
|---|---|
| This warrant was received on *(date)* 10/6/22, and the person was arrested on *(date)* 11/2/22 at *(city and state)* Denver, CO. | |
| Date: 11/3/22 | *Arresting officer's signature* |
| | P. Bliss   DEO/USMS
*Printed name and title* |