IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00314-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**DAWAYNE KENTRIS,**

        **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE DEADLINE TO DISCLOSE EXPERT WITNESSES

---

MR. DAWAYNE KENTRIS, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby requests that the deadline to disclose expert witnesses, currently set for November 25, 2022, be extended for seven days, until December 2, 2022. The present request is unopposed by the government. In support of the request, undersigned counsel states as follows:

1) On October 6, 2022, the government filed a one-count Indictment alleging that on May 4, 2022, Mr. Kentris committed a violation of 18 U.S.C. §922(g)(1). *See* Doc. 1.

2) On November 3, 2022, Mr. Kentris was arrested and the parties appeared before the Honorable United States Magistrate Judge Kelly H. Rankin. *See* Doc. 4.

3) On November 4, 2022, the parties appeared before the Honorable United States Magistrate Judge N. Reid Neureiter for an Arraignment, Discovery Conference, and a Detention Hearing. *See* Doc. 9. Following a Detention Hearing, Mr. Kentris was ordered detained. *See id.*

4) On November 8, 2022, this Court issued an Order Setting Trial Date and Deadlines. *See* Doc. 13. As part of its Order, the Court ordered that pretrial motions be filed by December 2, 2022, and that expert witness disclosures be made seven days before the motions deadline, i.e. November 25, 2022. *See id.*

5) Since appointment, undersigned counsel worked diligently to prepare for the contested detention hearing.

6) Then, undersigned counsel spent a considerable amount of time preparing for a jury trial in the case of *United States v. Leonard*, 20-cr-353-REB-JMC that proceeded to trial on November 14, 2022, in Durango, Colorado. A verdict was reached by the jury on the afternoon of November 18, 2022.

7) Since the Detention Hearing, undersigned counsel has only been able to communicate with Mr. Kentris by phone. He is currently at the Federal Detention Center (FDC) in Englewood, Colorado.

8) In order to preserve Mr. Kentris's ability to disclose expert witnesses in his own defense, undersigned counsel requests that the deadline for disclosure of expert witnesses be continued seven days beyond the current deadline. Undersigned counsel also will require additional time to prepare the present matter for trial. To that end, undersigned counsel intends on filing a request for an extension of the 70-day Speedy Trial period under 18 U.S.C. §3161 by the motions deadline of December 2, 2022.

9) Undersigned counsel consulted with the counsel for the government and there is no objection to the requested extension.

WHEREFORE, undersigned counsel requests that the Court extend the deadline for disclosing expert witnesses until December 2, 2022, by which time a request for an extension of time under the Speedy Trial Act will be made.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2022, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE DEADLINE
TO DISCLOSE EXPERT WITNESSES**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

 Albert Buchman
 Assistant United States Attorney
 Email: Al.Buchman@usdoj.gov

Notice also sent to:

 Dawayne Kentris
 Federal Detention Center

            s/ *Timothy P. O'Hara*
            TIMOTHY P. O'HARA
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  timothy_ohara@fd.org
            Attorney for Defendant