Honorable Judge Brimmer.                                      December 6, 2022

I hope this letter of concern reaches you in the best of health and sprits. My name is Dawayne Kentris. I'm currently writing you about my situation. I truly think it's unfair for me to be locked in a bathroom with 5 other men, all because of trying to protect myself as well as my step-son, Druex Lenston. I think sometimes in our justice system a lot of the things just become "routine" or what some would call "protocol." However, Honorable Judge Brimmer, as I stated to you before, I have already served 13 calendar years in C.D.O.C. and the last case that I went to prison for in 2018 I took lie detector test for that I paid for out of my own pocket. I passed 99.8% and was still sent to prison. Also, earlier this year I was falsely accused of a kidnapping and robbery charge that was dismissed and all charges were dropped due to people lying on me. The case that I'm incarcerated for now. I was struggling to find work due to my past and my wife had 7 hernias' removed and couldn't work. This is why I was around weed to help my wife with our bills. I would get plenty of jobs then 2 weeks later they would terminate my employment due to my background check. My wife and I have 6 kids between the two of us. I am requesting house arrest, ankle monitor, I.S.P. or some type of supervised release due to my wife having to have a knee replacement surgery. She had a partial knee scope a few months back but due to my incarceration's, she was forced to return back to work much sooner than she was supposed to and has now destroyed her knee 50% worse than it was before. A I stated, in my first letter of concern the only reason for us having guns in our home is due to gang members at my step-son's school threatening and bullying my (then 17 year old) step-son with guns and then ultimately coming to our home on his birthday with guns looking to shoot our son. As a parent what were we supposed to do? So we did what we felt we had to do to protect our son. My wife legally went and purchased guns to protect our son, as well as our home. She has her license to conceal and carry. Shortly after purchasing the guns legally from the gun store, my wife and I were shot at 3 times in a 6 month period. The gun that was found on my person was for protection, not any type of violence or robbery. When I first met the CI in my case, Jay, I had no idea he was a CI. If I wanted to rob him I could've done so the first time we met. He came to purchase a 1/2 of pound of weed. He was even given an entire pound. Therefore the DA's accusation of a robbery makes no sense at all. I was simply trying to provide for my family Honorable Judge Brimmer. I truly do not feel that I deserve to be locked in a bathroom with 5 other men for 22 hours a day for trying to protect my wife and our 6 children. The gun was never pulled out. Never pointed at anyone. There was absolutely zero violence, no one was hurt. How does someone with a past protect himself as well as his wife and kids without owning a firearm? Now I have a job waiting on me. My wife is losing our home. My wife is forced to have a total knee replacement with no one to help her rehabilitate and heal. I have stayed out of trouble since 2016 when I caught my last case. I was released in 2018 and have not re-offended since. I discharged parole on the streets then caught this case out of supervised pre-trial services. Had the ankle monitor successfully removed and was told I would get 3 years of probation. How can a case I caught in 1999 have me facing so much time in federal prison? I was 21 years old then. I'm 44 now and a youth pastor of my church. My bible and my religion tells me to love my wife and Christ loves the church. Also it tells me to protect my family. I can't do either one from incarceration. I'm sending you this letter in the most humble manner I can. I'm a human being, I have a soul. I don't feel I deserve to be locked up like an animal 22 hours a day in a bathroom with 5 other men for protecting and providing for my step-son and my wife! I have went through extreme measures to stay out of trouble since 2016. I take full responsibility for my actions. I was simply trying to provide and protect my family the best way I knew how. I don't want to spend the next decade of my life away from my wife and kids for trying to protect them. I'm humbly asking to be released on house arrest in order to help provide for my family the legal way, as well as protect them by moving my family to a safer location in Lowry! My wife has been standing on her feet for 28 years cutting hair. She's a barber and her knees are giving out on her.

Thank you for you time and consideration in reviewing this letter.

Sincerely,

Dawayne Kentris

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2022

JEFFREY P. COLWELL
CLERK



DAWAYNE KEMTRES

NICOLE LENSTON ON OUR

WEDDING DAY 03/25/2022.

ABOUT TO GO HOME AND EAT

TAKEOUT. I PROMISE WE ARE

"NORMAL" PEOPLE.

FOREVER USA

PURPLE HEART

DENVER CO 800

7 DEC 2022 PM 4 L

MARLADINE KLUNDES #29901-510
9595 WEST QUINCEY AVE
LITTLETON, COLORADO, 80123

HONORABLE CHIEF JUDGE PHILIP A. BRIMMER
901 19TH STREET. COURTROOM A-701
DENVER, COLORADO 80294.

80294-250099

— LEGAL MAIL ENCLOSED —