FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2022

JEFFREY P. COLWELL
CLERK

Honorable Chief Judge Phillip A. Brimmer

December 12, 2022

Greetings.

My name is Dawayne Kentris. I wrote you about a week ago. I'm currently writing you again due to my mother who's been in a nursing home since 1999. Janice Kentris, (my mother) has been through hell in these nursing homes. They have found condoms that were used in her bed. Meaning they had a employee or staff members that raped her. She is paralyzed from the waist down and has been since 1999. I talked to my sister Tawanna Kentris last week and was informed that my mother has been throwing up for the past 2 weeks due to having a hernea on her intestines. We as a family have to make the decision

To allow her have surgury because her body is not strong enough to handle surgery. My Mom is over 65 years old! I don't want to lose my mother while in here for trying to protect my step son. I'm truly not trying to bug you, however, I don't think this is "FAIR" I have not caught any cases besides this since 2016. That's 6 years that I have went to drastic measures to stay clean, free, and out of any type of trouble! It's been very hard to just sit here and accept being locked away from my wife and 6 kids for trying to protect my then 17 year old son. Is there any way that I can get a furlough to go take care of my mother, my wife, and my 6 kids? My lawyer also told me that a case from 1999 can affect my future as well. My question is How?

I'm sure you recieve numerous letters from men trying to wiggle their way out of prison. However, I've done "EVERYTHING" that I possibly can to stay out of trouble. As I stated to you in my previous letter anything after the age of 9, I was abandoned by my mother, and homeless and living in port-a-potties, parks, sleeping in King Soopers bathrooms, riding the bus all night just to stay warm. Any case from 1987 on was all about "SURVIVAL" for me. I have a past here in Colorado. Therefore people are always trying to frame me, FALSE kidnapping & robbery charges were filed against me earlier this year, and were "DISMISSED" one week or two weeks later due to the D.A. finding out that they were lying. My point is I've had a "TARGET" on my back every since I stopped gang banging back in 2016 when I caught

This case. I filled out information to be taken off of the gang file in Fore Mile Correctional Facility as well. Now with my mother dying this is NOT something I think I can handle. I had a suicide overdose in 2018 due to having to come back to prison for a case that I passed a polygraph test for 99% that I was telling the truth. I died for 2 days and was on life support for 2 1/2 weeks. I'm tired! I'm weary! I've done over 13 calendar years in prison. My pastors name is Pastor Al Combs. 303-668-1328 is his number. This is where I will be doing youth pastoring upon my release. Tawanna Kenotes 720-243-0820 is my sister. She can verify the information about my mother. Thank your for your time in reading this letter of care and concern about my family and my future.

Sincerely, Dawayne Kenotes.

DARRYLE KENTES #2901-510
9595 WEST QUINCEY AVE
LITTLETON, COLORADO 80123

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2022

JEFFREY P. COLWELL
CLERK

— LEGAL MAIL — IMPORTANT — URGENT

NO HOLDS

80294-250059

HONORABLE CHIEF JUDGE, M.E.
PHILIP A. BRIMMER
901 19TH STREET
COURTROOM A-701
DENVER, COLORADO, 80294

DENVER CO 802
15 DEC 2022 PM 6 L

PURE HEART FOREVER USA