IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00314-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DAWAYNE KENTRIS,**

       **Defendant.**

## NOTICE OF DISPOSITION

       MR. DAWAYNE KENTRIS, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached with the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). Undersigned counsel requests that the Court set the present matter for a Change of Plea Hearing with an Immediate Sentencing Hearing to follow.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  timothy_ohara@fd.org
       Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2023, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Al Buchman
    Assistant United States Attorney
    Email: Al.Buchman@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Dawayne Kentris (United States Mail)

                                          s/ *Timothy P. O'Hara*
                                          TIMOTHY P. O'HARA
                                          Assistant Federal Public Defender
                                          633 Seventeenth Street, Suite 1000
                                          Denver, Colorado  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Timothy_OHara@fd.org
                                          Attorney for Defendant