IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00314-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAWAYNE KENTRIS,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Motion for Immediate Sentencing [24], wherein defendant Dawayne Kentris requests that the Court proceed to sentencing immediately following the change of plea hearing. The motion indicates that the Probation Office opposes the request and the government defers to the Court. *Id*. at 4.

    The Probation Office has indicated that it needs 10-12 weeks to prepare a sentencing report with informed supervised release recommendations for the defendant. Wherefore, it is

    **ORDERED** that defendant's Motion for Immediate Sentencing [Docket No. 24] is **DENIED**. It is further

    **ORDERED** that the parties shall contact Chambers via conference call (303-335-2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than **March 7, 2023** to schedule the change of plea hearing.

    DATED March 3, 2023.