IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 22-cr-00314-PAB | Date:  March 17, 2023 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:   Janet Coppock |
| Probation Officer:   N/A | Interpreter:  N/A |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
|    Plaintiff, | |
| v. | |
| 1.  DAWAYNE KENTRIS, | Timothy O'Hara |
|    Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**1:18 p.m.     Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion held on the defendant's detention and issues surrounding housing at FDC.

The Plea Agreement (Court Exhibit 1), Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Indictment.

Court states its findings of fact and conclusions of law.

**It is ORDERED as follows:**

- **Court Exhibits 1 and 2 are admitted.**

- **The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

- **Defendant's plea of guilty is accepted.**

- **The Probation Department shall conduct a presentence investigation and file a presentence report.**

- **Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.**

- **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

- **Sentencing is set for May 26, 2023, at 10:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.**

- **Any pending pretrial motions on behalf of the Defendant are deemed MOOT.**

**ORDERED:   Defendant is remanded to the custody of the U. S. Marshal.**

**2:07 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    00:49